

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00023-CV

| | | |
|---|---|---|
| RUPINDER SINGH, Appellant | § | On Appeal from the 324th District Court |
| V. | § | of Tarrant County (324-714780-22) |
| | § | March 6, 2025 |
| MANPINDER KAUR, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment annulling the marriage. We reverse that portion of the trial court's judgment awarding attorney's fees and remand this case to the trial court solely for the redetermination of reasonable and necessary trial attorney's fees incurred.

It is further ordered that both parties shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
     Justice Brian Walker